IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIA VANG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Old Case No. 1: 05 CV-F 0349 OWW DLB<br><br>New Case No. 1: 05 CV-F 0349 DLB<br><br>ORDER REASSIGNING CASE |

It appearing that pursuant to Eastern District General Order 345, all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of

1

1 | **final judgment, and**

2 |    **2.**   **The Clerk of the Court is directed to assign this action in its entirety to**
3 |         **Magistrate Judge Dennis L. Beck.**
4 |    **3.**   **The new case number shall be CV-F-05-0349 DLB.  All future pleadings**
5 |         **shall be so numbered.  Failure to use the correct case number may result**
6 |         **in delay in your documents being received by the correct judicial officer.**

9 | IT IS SO ORDERED.

10 | **Dated:   July 12, 2005**                              /s/ Oliver W. Wanger
     emm0d6                                                       UNITED STATES DISTRICT JUDGE

2