STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dia Vang,<br><br>            Plaintiff,<br><br>v.<br><br>Jo Anne B. Barnhart, Commissioner of Social Security,<br><br>            Defendant. | 1:05-cv-00349 DLB<br><br>STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |

Plaintiff Dia Vang and defendant Jo Anne B. Barnhart, Commissioner of Social Security, through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for the Plaintiff to prepare and deliver her Letter Brief, pursuant to numbered paragraph 3 of the Court's Scheduling Order, due on August 10, 2005 to September 9, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

1

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to prepare her Confidential Letter. This is plaintiff's first request for an extension of time.

DATED: July 21, 2005     　　　　　_S/Stuart Barasch_
　　　　　　　　　　　　　　　　　STUART BARASCH, Attorney for
　　　　　　　　　　　　　　　　　Plaintiff Darlene Smith


DATED: July 21, 2005     　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　_S/Kinberly A. Gaab_
　　　　　　　　　　　　　　　　　KIMBERLY A. GAAB
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Attorneys for Federal Defendant
　　　　　　　　　　　　　　　　　JO ANNE B. BARNHART, Commissioner of
　　　　　　　　　　　　　　　　　Social Security


　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　**Dated:   July 25, 2005          /s/ Dennis L. Beck**
　　　　　　　　　　3c0hj8UNITED STATES MAGISTRATE JUDGE

2