STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIA VANG, | 1:05-cv-00349 DLB |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Dia Vang and defendant Jo Anne B. Barnhart, Commissioner of Social Security, through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for the Plaintiff to prepare and deliver her Letter Brief, pursuant to numbered paragraph 3 of the Court's Scheduling Order, due on September 9, 2005 to October 9, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

1

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to prepare her Confidential Letter.  This is plaintiff's second request for an extension of time.

DATED:  September 1, 2005		*S/Stuart Barasch*
					STUART BARASCH, Attorney for
					Plaintiff Dia Vang


DATED:  September 1, 2005		McGREGOR W. SCOTT
					United States Attorney


					*S/Kimberly A. Gaab*
					KIMBERLY A. GAAB
					Assistant United States Attorney
					Attorneys for Federal Defendant
					JO ANNE B. BARNHART, Commissioner of
					Social Security


IT IS SO ORDERED.

**Dated:   September 6, 2005**		        **/s/ Dennis L. Beck**
3c0hj8					UNITED STATES MAGISTRATE JUDGE

2