**STUART BARASCH**
California Bar #74108
925 - 41ST Street
Miami Beach, FL 33140
(305) 673-8366
(800) 445-2930
Fax (213) 621-2536
Email: sblawoffice@aol.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIA VANG, | 1:05-CV- 349-DLB |
| Plaintiff(s), | Hon. Dennis L. Beck<br>United States Magistrate Judge |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | MOTION TO DISMISS THE COMPLAINT; AND PROPOSED ORDER |
| Defendant(s). | |

PLEASE TAKE NOTICE that Plaintiff Dia Vang, through her attorney of record, petitions this Court to dismiss the complaint filed on March 14, 2005  The reason for this motion, is that after a thorough review of the administrative record, plaintiff's counsel has come to the conclusion that this action lacks merit.  Plaintiff's counsel has conferred with plaintiff, who has agreed to dismiss her complaint.  Attached hereto as exhibit "A" is plaintiff's acknowledgment to dismiss.

Dated:   September 27, 2005                    Respectfully submitted,

                                         _S/ Stuart Barasch_
                                         STUART BARASCH
                                         Attorney for Plaintiff

**ORDER**

On this date came on to be considered the Motion to Dismiss the Complaint. The Court is of the opinion that plaintiff's request should be **GRANTED**.

It is, therefore, **ORDERED** that plaintiff's complaint be dismissed.

IT IS SO ORDERED.

**Dated:   September 28, 2005**             **/s/ Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE